ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
KIMBERLY J. CHU, ESQ., S.B. #206817
kchu@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
11/20/2019

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ROBERT SETNIK,<br><br>  Plaintiff,<br><br>vs.<br><br>FINAN'S AUTO SUPPLY, INC., et al.,<br><br>  Defendants. | No. 4:19-cv-01506-YGR<br><br>PLAINTIFF'S REQUEST FOR DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE |

Plaintiff's claims in this Federal case have been resolved against all Defendants named in this case. Accordingly, Plaintiff hereby requests dismissal of the above-captioned action against all Defendants named in this case, without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: November 15, 2019              BRAYTON❖PURCELL LLP


By: */s/ David R. Donadio*
DAVID R. DONADIO, S.B. #154436
ddonadio@braytonlaw.com
(415) 898-1555
(415) 898-1247 (Facsimile)
Attorneys for Plaintiff